

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2023

No. 04-22-00310-CR

Julio C. **RIVERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2932
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On December 5, 2022, we abated this appeal to the trial court to hold a hearing to determine whether appellant's court-appointed counsel had abandoned the appeal. We received a supplemental clerk's record and supplemental reporter's record on February 3, 2023. The supplemental clerk's record contains findings of fact and conclusions of law, stating that appellant desires to prosecute his appeal, that appellant's counsel has not abandoned the appeal, and that there was good cause for the delay in filing appellant's brief. Appellant's counsel stated to the trial court, at the hearing, that he would be able to file appellant's brief by February 7, 2023.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that appellant's brief is due on **February 7, 2023**. No further requests for extension of time will be allowed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2023.



MICHAEL A. CRUZ, Clerk of Court